IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JULIE A. SWANSON, Individually, and Mother And Next of Friend of MADISON SWANSON, JOAN A. ELMORE, ROBERT G. ELMORE,<br><br>      Plaintiffs,<br>v.<br><br>MURRAY BROS, LLC, JIMMIE DALE COX, and PIRAMAL GLASS-USA, INC.<br><br>      Defendants. | No. 19-CV-03220 - SEM/TSH<br>(Lead Case) |
| MARGARITA A. MARTINEZ,<br><br>      Plaintiff,<br>vs.<br><br>JIMMIE DALE COX, MURRAY BROS, LLC., LARRY MURRAY TRUCKING, INC., and PIRAMAL GLASS-USA, INC.,<br><br>      Defendants. | No: 20-CV-03083<br>(Consolidated with 19-CV-03220) |

## DEFENDANTS MURRAY BROS, LLC'S AND JIMMIE DALE COX'S ANSWER TO PLAINTIFF MARTINEZ'S SECOND AMENDED COMPLAINT

NOW COMES the Defendant, MURRAY BROS, LLC, by and through its attorneys, Matthew S. Hefflefinger, Nathan M. Henderson, and Devin M. Taseff of HEYL, ROYSTER, VOELKER, & ALLEN, P.C., and for their Answer to Plaintiff Martinez's Second Amended Complaint, hereby states as follows:

1

## COUNT I
### Jimmy Dale Cox and Murray Bros, LLC

1. Defendants admit the allegations contained in Paragraph 1.

2. Defendant, Murray Bros, LLC, admits that it is a Missouri Limited Liability Company based in Farmington, Missouri and a motor carrier operating with US DOT No. 1099637 and MC (MX) No. 452040 and conducting interstate business in Illinois, but denies the remaining allegations of Paragraph 2 as alleged.

3. Defendants admit the allegations contained in Paragraph 3.

4. Defendants admit the allegations contained in Paragraph 4.

5. Defendants admit that on April 29, 2018 that Tyler Parnell was operating a 2001 Chevrolet Cavalier northbound on Interstate 55 ahead of the 2014 Peterbilt truck driven by Jimmie Dale Cox at or near Milepost 102, Clear Lake Township, Sangamon County, Illinois, but have insufficient knowledge to either admit or deny the remaining allegations of Paragraph 5.

6. Defendants admit the allegations contained in Paragraph 6.

7. Defendants admit that on April 29, 2018 at approximately 5:34 p.m. that an accident occurred between defendant's 2014 Peterbilt truck and the 2001 Chevrolet Cavalier operated by Tyler Parnell but have insufficient knowledge to either admit or deny the remaining allegations of Paragraph 7.

8. Defendants admit the allegations contained in Paragraph 8.

9. Defendants deny the allegations contained in Paragraph 9.

10. Defendant, Murray Bros, LLC, admits that it was operating a 2014 Peterbilt by and through its agent and/or employee, Jimmie Dale Cox, and that said 2014 Peterbilt truck had a governor prohibiting a speed of greater than 70 mph and denies the remaining allegations of Paragraph 10 as alleged.

11. Defendants deny the allegations contained in Paragraph 11.

12. Defendants deny the allegations contained in Paragraph 12.

13. Defendants admit the allegations contained in Paragraph 13.

14. Defendants deny the allegations contained in Paragraph 14.

   (a) Defendants deny the allegations contained in Paragraph 14(a).
   (b) Defendants deny the allegations contained in Paragraph 14(b).
   (c) Defendants deny the allegations contained in Paragraph 14(c).
   (d) Defendants deny the allegations contained in Paragraph 14(d).
   (e) Defendants deny the allegations contained in Paragraph 14(e).
   (f) Defendants deny the allegations contained in Paragraph 14(f).
   (g) Defendants deny the allegations contained in Paragraph 14(g).
   (h) Defendants deny the allegations contained in Paragraph 14(h).
   (i) Defendants deny the allegations contained in Paragraph 14(i).
   (j) Defendants deny the allegations contained in Paragraph 14(j).
   (k) Defendants deny the allegations contained in Paragraph 14(k).
   (l) Defendants deny the allegations contained in Paragraph 14(l).
   (m) Defendants deny the allegations contained in Paragraph 14(m).
   (n) Defendants deny the allegations contained in Paragraph 14(n).
   (o) Defendants deny the allegations contained in Paragraph 14(o).
   (p) Defendants deny the allegations contained in Paragraph 14(p).
   (q) Defendants deny the allegations contained in Paragraph 14(q).
   (r) Defendants deny the allegations contained in Paragraph 14(r).
   (s) Defendants deny the allegations contained in Paragraph 14(s).
   (t) Defendants deny the allegations contained in Paragraph 14(t).
   (u) Defendants deny the allegations contained in Paragraph 14(u).
   (v) Defendants deny the allegations contained in Paragraph 14(v).
   (w) Defendants deny the allegations contained in Paragraph 14(w).
   (x) Defendants deny the allegations contained in Paragraph 14(x).

  (y)  Defendants deny the allegations contained in Paragraph 14(y).
  (z)  Defendants deny the allegations contained in Paragraph 14(z).
  (aa)  Defendants deny the allegations contained in Paragraph 14(aa).
  (bb)  Defendants deny the allegations contained in Paragraph 14(bb).
  (cc)  Defendants deny the allegations contained in Paragraph 14(cc).
  (dd)  Defendants deny the allegations contained in Paragraph 14(dd).
  (ee)  Defendants deny the allegations contained in Paragraph 14(ee).
  (ff)  Defendants deny the allegations contained in Paragraph 14(ff).
  (gg)  Defendants deny the allegations contained in Paragraph 14(gg).
  (hh)  Defendants deny the allegations contained in Paragraph 14(hh).
  (ii)  Defendants deny the allegations contained in Paragraph 14(ii).
  (jj)  Defendants deny the allegations contained in Paragraph 14(jj).

15. Defendants deny the allegations contained in Paragraph 15.

## COUNT II
## Murray Bros, LLC

1. Defendant admits the allegations contained in Paragraph 1.

2. Defendant admits that it is a Missouri Limited Liability Company based in Farmington, Missouri and a motor carrier operating with US DOT No. 1099637 and MC (MX) No. 452040 and conducting interstate business in Illinois, but denies the remaining allegations of Paragraph 2 as alleged.

3. Defendant admits the allegations contained in Paragraph 3.

4. Defendant admits the allegations contained in Paragraph 4.

5. Defendant admits that on April 29, 2018 that Tyler Parnell was operating a 2001 Chevrolet Cavalier northbound on Interstate 55 ahead of the 2014 Peterbilt truck driven by Jimmie Dale Cox at or near Milepost 102, Clear Lake Township, Sangamon

County, Illinois, but has insufficient knowledge to either admit or deny the remaining allegations of Paragraph 5.

      6.     Defendant admits the allegations contained in Paragraph 6.

      7.     Defendant admits that on April 29, 2018 at approximately 5:34 p.m. that an accident occurred between Defendant's 2014 Peterbilt truck and the 2001 Chevrolet Cavalier operated by Tyler Parnell but has insufficient knowledge to either admit or deny the remaining allegations of Paragraph 7.

      8.     Defendant admits the allegations contained in Paragraph 8

      9.     Defendant denies the allegations contained in Paragraph 9.

      10.    Defendant admits that it was operating a 2014 Peterbilt by and through its agent and/or employee, Jimmie Dale Cox, and that said 2014 Peterbilt truck had a governor prohibiting a speed of greater than 70 mph and denies the remaining allegations of Paragraph 10 as alleged.

      11.    Defendant denies the allegations contained in Paragraph 11.

      12.    Defendant denies the allegations contained in Paragraph 12.

      13.    Defendant admits the allegations contained in Paragraph 13.

      14.    Defendant admits the allegations contained in Paragraph 14.

      15.    Defendant admits the allegations contained in Paragraph 15.

      16.    Defendant admits the allegations contained in Paragraph 16.

      17.    Defendant admits the allegations contained in Paragraph 17.

18. Defendant admits the allegations contained in Paragraph 18.

19. Defendant admits the allegations contained in Paragraph 19.

20. Defendant admits the allegations contained in Paragraph 20.

21. Defendant admits the allegations contained in Paragraph 21.

22. Defendant lacks sufficient information to admit or deny the allegations contained in Paragraph 22.

23. Defendant lacks sufficient information to admit or deny the allegations contained in Paragraph 23.

24. Defendant admits that on April 29, 2018, Jimmie Dale Cox had at least two (2) moving violations and convictions in his commercial driving career, and denies the remaining allegations of Paragraph 22 as alleged.

25. Defendant admits that it had a duty to of care to operate its vehicle in a reasonably safe manner, and denies the remaining allegations of Paragraph 25 as alleged.

26. Defendant denies the allegations contained in Paragraph 26.

    (a) Defendant denies the allegations contained in Paragraph 26(a).
    (b) Defendant denies the allegations contained in Paragraph 26(b).
    (c) Defendant denies the allegations contained in Paragraph 26(c).
    (d) Defendant denies the allegations contained in Paragraph 26(d).
    (e) Defendant denies the allegations contained in Paragraph 26(e).
    (f) Defendant denies the allegations contained in Paragraph 26(f).
    (g) Defendant denies the allegations contained in Paragraph 26(g).
    (h) Defendant denies the allegations contained in Paragraph 26(h).
    (i) Defendant denies the allegations contained in Paragraph 26(i).
    (j) Defendant denies the allegations contained in Paragraph 26(j).
    (k) Defendant denies the allegations contained in Paragraph 26(k).
    (l) Defendant denies the allegations contained in Paragraph 26(l).

(m) Defendant denies the allegations contained in Paragraph 26(m).
(n) Defendant denies the allegations contained in Paragraph 26(n).
(o) Defendant denies the allegations contained in Paragraph 26(o).
(p) Defendant denies the allegations contained in Paragraph 26(p).
(q) Defendant denies the allegations contained in Paragraph 26(q).
(r) Defendant denies the allegations contained in Paragraph 26(r).
(s) Defendant denies the allegations contained in Paragraph 26(s).
(t) Defendant denies the allegations contained in Paragraph 26(t).
(u) Defendant denies the allegations contained in Paragraph 26(u).
(v) Defendant denies the allegations contained in Paragraph 26(v).
(w) Defendant denies the allegations contained in Paragraph 26(w).
(x) Defendant denies the allegations contained in Paragraph 26(x).
(y) Defendant denies the allegations contained in Paragraph 26(y).

27. Defendant denies the allegations contained in Paragraph 27.

## **COUNTS III-VI**

Counts III through VI are not directed against Defendants, Murray Bros, LLC and Jimmie Dale Cox and, accordingly, these defendants make no response thereto.

WHEREFORE, Defendants, MURRAY BROS, LLC and JIMMIE DALE COX, pray that judgment be entered in their favor and against the Plaintiff and that they may have their costs.

**DEFENDANTS DEMAND TRIAL BY JURY OF TWELVE**

          MURRAY BROS., LLC and JIMMIE DALE COX

          BY:_____/s/Devin M. Taseff_____
          HEYL, ROYSTER, VOELKER & ALLEN
          Matthew S. Hefflefinger, ARDC #6201281
          Nathan M. Henderson, ARDC #6280202
          Devin M. Taseff, ARDC #6333448

HEYL, ROYSTER, VOELKER & ALLEN
300 Hamilton Blvd.
P.O. Box 6199
Peoria, IL 61601-6199
Telephone: 309.676.0400
Facsimile: 309.676.3374
peoecf@heylroyster.com
edwecf@heylroyster.com
mhefflefinger@heylroyster.com
clsmith@heylroyster.com
nhenderson@heylroyster.com
jcalvert@heylroyster.com
dtaseff@heylroyster.com
dnuske@heylroyster.com

**CERTIFICATE OF FILING AND PROOF OF SERVICE**

I hereby certify that on March 29, 2021, I electronically filed the foregoing Defendants Murray Bros, LLC's and Jimmie Dale Cox's Answer to Plaintiff Martinez's Second Amended Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

Sean P. Driscoll, Esq.
Craig Squillance
Clifford Law Offices, P.C.
120 N. LaSalle Street, 31st Floor
Chicago, IL 60602
SPD@CliffordLaw.com
CJS@cliffordlaw.com
*Attorneys for Swanson and Elmore Plaintiffs*

Mr. Timothy J. Deffet
Law Office Of Timothy J. Deffet
5875 N. Lincoln Ave. #231
Chicago, IL 60659
tim@timdeffetlaw.com
*Attorney for Plaintiff, Margarita A. Martinez*

M. Tucker Blaser
Brown & James, P.C.
Richland Plaza I
525 W. Main St., Ste. 200
Belleville, Illinois 62220-1547
tblaser@bjpc.com
gjahr@bjpc.com
*Attorneys for Defendants, Piramal Glass-USA, Inc., Piramal Glass Flat River LLC, Piramal Glass Private Limited, Piramal Glass Williamstown LLC*

Mr. James A. Wilke
Wilke & Wilke PC
2708 Olive Street
St. Louis, MO  63103
wilke@wilkewilke.net
*Attorneys for Larry Murray Trucking, Inc.*

Devin M. Taseff

39224589_1